**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **LAYLA MOORE,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CASE NO. 1:18-CV-363-LY |
| **BAYLOR SCOTT & WHITE HEALTH,** | § § § | |
| *Defendant.* | § | JURY TRIAL REQUESTED |

## DEFENDANT'S AMENDED TRIAL EXHIBIT LIST

| D's Exh. No. | Bates No. | Description | Offered | Admitted |
|---|---|---|---|---|
| 1 | S&W 000245-248 | Equal Opportunity and Affirmative Action | | |
| 2 | S&W 000250-252 | Preventing Harassment in the Workplace | | |
| 3 | S&W 000258-262 | Attendance | | |
| 4 | S&W 000264-267 | Personal Conduct | | |
| 5 | S&W 000256 | Urgent Care Clinics Policy for Use of Personal Electronic Devices Acknowledgment Signed 8/22/16 | | |
| 6 | S&W 000255 | Personal Conduct Policy Acknowledgment Signed 6/1/16 | | |
| 7 | S&W 000254 | Attendance Policy Acknowledgment Signed 4/28/16 | | |
| 8 | S&W 000225 | Cell Phone Policy Acknowledgment Signed 4/28/16 | | |
| 9 | S&W 000226 | Cell Phones and Electronic Device Policy Acknowledgment Signed 4/28/16 | | |
| 10 | S&W 000231 | Patient Confidentiality Policy Acknowledgment Signed 4/28/16 | | |
| 11 | S&W 000229 | Personal Conduct Policy Acknowledgment Signed 4/28/16 | | |
| 12 | S&W 000006-23 | BSWH Code of Conduct | | |

| D's Exh. No. | Bates No. | Description | Offered | Admitted |
|---|---|---|---|---|
| 13 | S&W 000060 | 12/4/2016 ECF Aimee Ryce to Julie A. Macomber, Chris Payne, and M. Hill | | |
| 14 | S&W 000069 | 12/5/2016 ECT Tammie Deaton from Marlene Hill | | |
| 15 | S&W 000131-132 | 12/5/2016 ECF Billy Chandler to M. Hill; 12/5/16 ECF Hill to C. Payne forwarding same | | |
| 16 | S&W 000133-134 | 12/5/16 T. Deaton ECT M. Hill 12/6/16 ECF M. Hill to C. Payne | | |
| 17 | S&W 002279 | 12/12/16 ECF Catherine Devlin to M. Hill re patient #4265533 complaint of false documentation 12/13/16 ECF M. Hill to T. Deaton re counseling | | |
| 18 | S&W 002280-2292 | Redacted medical records of patient #4265533 | | |
| 19 | S&W 000050-52 | Employee Counseling Form (verbal warning for attendance) (signed 12/13/16) | | |
| 20 | S&W 000272-273 | Employee Counseling Form (written warning for behavior/conduct) (signed 12/13/16) | | |
| 21 | S&W 000042-43 | 12/13/16 Billy Chandler ECT Marlene Hill 12/13/16 M. Hill ECT T. Deaton | | |
| 22 | Moore 000208-209 | 12/18/16 Text message from Moore to Hill | | |
| 23 | S&W 000137 | 12/21/16 Layla R. Moore ECT Jana G. McCann (cc M. Hill); 12/21/16 M. Hill ECT Julie A. Macomber, C. Payne, and Shane R. Maxwell forwarding Moore EC | | |
| 24 | S&W 000084-85 | 12/21/16 T. Deaton ECT M. Hill 12/21/16 M. Hill ECT T. Deaton 12/22/16 M. Hill ECT C. Payne re message exchange with T. Deaton | | |
| 25 | S&W 000045 | 12/21/16 Curtis McDonald ECT M. Hill re patient #0968129 12/22/16 M. Hill ECT T. Deaton and C. Payne | | |
| 26 | S&W 002275-2277 | Redacted medical records of patient #0968129 | | |

| D's Exh. No. | Bates No. | Description | Offered | Admitted |
|---|---|---|---|---|
| 27 | S&W 000275-276 | Employee Counseling Form (written warning for behavior/conduct) (signed 12/22/16) | | |
| 28 | S&W 000083 | 12/22/16 (2:28pm) M. Hill ECT T. Deaton | | |
| 29 | S&W 000039 | 12/22/16 (3:02 pm) D. Shaw ECT T. Deaton | | |
| 30 | S&W 000143 | 12/22/16 (3:02 pm) T. Deaton ECT M. Hill 12/22/16 (3:08 pm) T. Deaton ECT M. Hill (cc C. Payne) | | |
| 31 | S&W 000145 | 12/22/16 (3:09 pm) C. Payne ECT T. Deaton and M. Hill 12/22/16 (3:19 pm) T. Deaton ECT M. Hill and C. Payne | | |
| 32 | S&W 000068 | 12/22/16 (3:17 pm) M. Hill ECT prn staff | | |
| 33 | S&W 000148 | 12/22/16 (3:37 pm) M. Hill ECT T.Deaton and C. Payne | | |
| 34 | S&W 000278 | Employee Counseling Form (written warning for attendance) (12/22/16) | | |
| 35 | Moore 000187-212 | Text message exchange between M. Hill and Moore (9/11/16 – 12/22/16) | | |
| 36 | Moore 000169-172 | Text message exchange between M. Hill and Moore (12/22/16) | | |
| 37 | Moore 000173-182 | Text message exchange between C. Payne and Moore (12/22/16 – 12/27/16) | | |
| 38 | S&W 000149 | 12/23/16 (8:57 am) M. Hill ECT T.Deaton and C. Payne | | |
| 39 | S&W 000151-152 | 12/23/16 (9:04 am) T. Deaton ECT M. Hill and C. Payne 12/23/16 (9:09 am) T. Deaton ECT M. Hill and C. Payne | | |
| 40 | S&W 000081 | 12/23/16 M. Hill ECT T.Deaton and C. Payne | | |
| 41 | S&W 000080 | 12/24/16 M. Hill ECT T.Deaton and C. Payne | | |
| 42 | S&W 000154 | 12/26/16 M. Hill ECT T.Deaton and C. Payne | | |
| 43 | S&W 000951-952 | 12/26/16 T. Deaton ECT M. Hill and C. Payne | | |
| 44 | S&W 000156 | 12/27/16 M. Hill ECT T.Deaton and C. Payne | | |

| D's Exh. No. | Bates No. | Description | Offered | Admitted |
|---|---|---|---|---|
| 45 | S&W 000160 | 12/27/16 T. Deaton ECT M. Hill and C. Payne<br>12/27/16 M. Hill ECT T.Deaton | | |
| 46 | S&W 000280-281 | Employee Counseling Form (termination) (12/27/16) | | |
| 47 | S&W 000166 | 12/27/16 T. Deaton ECT M. Hill and C. Payne | | |
| 48 | S&W 000574-576 | HR electronic notes | | |
| 49 | S&W 000577-585 | Productivity Report (Aug.-Dec. 2016) | | |
| 50 | S&W 000586-588 | CMA Job Description | | |
| 51 | S&W 000589-597 | Time punches | | |
| 52 | S&W 000607-818 | Moore Medical Records @ BSWH | | |
| 53 | S&W 000888-912 | Central Texas College records | | |
| 54 | Produced by Plaintiff via drop box link on 11/26/18 | Audio recording – Layla Moore call to People Place (Edited for admissibility) | | |
| 55 | Produced by Plaintiff via drop box link on 11/26/18 | Audio recording – Layla Moore visit to HR in Temple, TX (Edited for admissibility) | | |
| 56 | S&W 000913 | Marriage License | | |
| 57 | S&W 000074-79 | Timecard with notations | | |
| 58 | S&W 000182 | Resume | | |
| 59 | Moore 000069-70 | Charge of Discrimination (For Possible Impeachment Only) | | |
| 60 | S&W 000362-401 | Supplemental Health (Employment Records) | | |
| 61 | S&W 000402-417 | Fresenius (Employment Records) | | |
| 62 | S&W 002293-2297) | ABC Medical (Employment Records) | | |
| 63 | S&W 000819-865 | Divorce Records – Jacolbi Don Brazwell and Layla Rousonda Brazwell | | |

| D's Exh. No. | Bates No. | Description | Offered | Admitted |
|---|---|---|---|---|
| 64 | S&W 000866-882 | Protective Order – Jamal Harewood | | |
| 65 | S&W 000355-361 | Moore medical records @ David Dickens, CNS-P/MH | | |
| 66 | S&W 000317-326 | Moore medical records @ Robert Brock, MD | | |
| 67 | S&W 000564-573 | Moore medical records @ Freedom Urgent Care | | |
| 68 | S&W 000420-563 | Moore medical records @ Seton | | |

Respectfully submitted,

*/s/* Michael L. Scanes_____
Michael L. Scanes
State Bar No. 17701000
E-mail: scanes@scanesrouth.com
Joel S. Shields
State Bar No. 24041907
E-mail: shields@scanesrouth.com
SCANES & ROUTH, LLP
7901 Fish Pond Road, Suite 200
Waco, Texas 76702
254/399-8788
254/399-8780 - fax

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Michael L. Scanes_____
Michael L. Scanes

-5-